**FILED**

**JUL 1 3 2007**

AO 451 (Rev. 2/86) Certification of Judgment

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

EASTERN _____ DISTRICT OF _____ VIRGINIA

MICHAEL W. SCOTT

## CERTIFICATION OF JUDGMENT
## FOR REGISTRATION IN
## ANOTHER DISTRICT

V.

CHARLES SCOTT HUGHES

Case Number: ▓▓▓

Case: 1:07-mc-00292
Assigned To : Unassigned
Assign. Date : 7/13/2007
Description: Miscellaneous

I, _____ DORIS R. CASEY _____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____ January 2, 1990 _____, as it appears in the records of this court, and that
                           Date

\* no notice of appeal from this judgment has been filed, and no

motion of any kind listed in Rule 4(a) of the Federal Rules of

Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

August 16, 1994
    Date

DORIS R. CASEY
Clerk

*[signature: Lorri C. Harper]*

(By) Deputy Clerk

pd. fee $39.00

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
JAN 2 1990
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Michael W. Scott,
    Plaintiff,

v.       Civil Action No. 89-1065-A

Charles Scott Hughes,
    Defendant.

## STIPULATION FOR JUDGMENT

The parties to this action having reached agreement as to a resolution of this action, and the undersigned counsel for defendant hereby representing to the Court that he has been specifically authorized to execute this stipulation on defendant's behalf after fully advising him of the consequences, it is hereby stipulated that Plaintif Michael W. Scott shall have and recover from Defendant Charles Scott Hughes the sum of $98,356.00.

Respectfully submitted,

_____
Michael E. Geltner, Esq.
Ten E Street, S.E.
Washington, D.C. 20003
202-547-1136

_____
John Mark Jensen, Esq.
100 North Washington St., Suite 300
Falls Church, Virginia 22046
703-979-9082

_____
Judge, United States District Court

So Ordered:

Dated: 1/2/90

A True Copy, Teste:
Doris R. Casey, Clerk
By _____
Deputy Clerk