UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____x

Michael W. Scott,
        Plaintiff,                                   Case: 1:07-mc-00292

vs.

Charles Scott Hughes,
        Defendant.

_____x

SATISFACTION OF JUDGMENT

The judgment in this action has been satisfied, and it shall be marked satisfied and resolved.

Respectfully submitted,

_____/S/_____
Michael E. Geltner, Esq.,
D.C. Bar No. 220129
Attorney for Plaintiff Michael W. Scott
Geltner and Associates, PC
105 North Virginia Avenue, Suite 305
Falls Church, VA 22046
Tel (703) 536-2334
Fax (703)536-2323
mgeltner@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that, on June 13, 2008, I electronically served a copy of the attached satisfaction of judgment by email and fax to counsel for defendant, Jennifer Kies, Esq, Bryan Cave LLP, 700 13th St., NW, Washington, DC 20005 fax 202-508-6200, email, Jennifer.Kies@bryancave.com.

1

_____/S_____
Michael E. Geltner